1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1857-DC-SCR<br><br><br>ORDER |

On December 30, 2024, District Judge Dena M. Coggins granted the motions of attorneys Joshua Jonathan Schroeder and Mario P. Tafur to withdraw as counsel for Plaintiff.  ECF No. 33.  Judge Coggins specifically ordered, *inter alia*, as follows:

> Attorneys Joshua Jonathan Schroeder and Mario P. Tafur shall comply with all obligations under Rule 1.16(e) of the California Rules of Professional Conduct regarding release of a client's papers and property and return of unearned fees[.]

*Id*. at 5.

In a status report filed on February 21, 2025, Plaintiff Eugene White stated that attorneys Schroeder and Tafur have not complied with this portion of Judge Coggins' order.  ECF No. 47.  At a status conference on April 3, 2025, Plaintiff represented that attorneys Schroeder and Tafur have still not complied.

1

**Attorneys Schroeder and Tafur are hereby ordered to file a notice within 14 days of the date of this order explaining what steps they have taken to comply with the identified portion of Judge Coggins order.** If Attorneys Schroeder and Tafur have not already released to Plaintiff (1) all materials and property covered by Rule 1.16(e) of the California Rules of Professional Conduct and (2) any unearned fees, they should do so immediately, with the following caveat. The Protective Order in this case contemplates a "Highly Confidential – Attorneys' Eyes Only" designation. ECF No. 14 at 5, 11. At the status conference on April 3, counsel for Defendants represented that certain information produced in discovery contains that designation. Accordingly, consistent with the Protective Order, Rule 1.16(e)(1) ("subject to any applicable protective order"), and Judge Coggins' order, attorneys Schroeder and Tafur shall withhold **only** discovery documents specifically marked "Highly Confidential – Attorneys' Eyes Only." Plaintiff's access to those documents shall be the subject of a separate order of the Court.

Attorneys Schroeder and Tafur are further notified that **Plaintiff's updated address is 9500 Kiefer Blvd, Unit 279061, Sacramento, CA 95827.**

The Clerk of the Court shall serve this order on attorneys Schroeder and Tafur.

IT IS SO ORDERED.

DATED: April 4, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2